

# IN THE COURT OF CRIMINAL APPEALS
# OF TEXAS

## NO. WR-89,675-01

### EX PARTE ERIC ALFREDO BERRIOS, Applicant

### ON APPLICATION FOR A WRIT OF HABEAS CORPUS
### CAUSE NO. 933712-A IN THE 176TH DISTRICT COURT
### FROM HARRIS COUNTY

*Per curiam*.

### O R D E R

Pursuant to the provisions of Article 11.07 of the Texas Code of Criminal Procedure, the clerk of the trial court transmitted to this Court this application for a writ of habeas corpus. *Ex parte Young*, 418 S.W.2d 824, 826 (Tex. Crim. App. 1967). A jury convicted Applicant of capital murder in 2002, and a life sentence in prison was assessed.

Applicant filed a *pro se* habeas application in the trial court on November 7, 2008, and habeas counsel filed a supplemental habeas application on December 28, 2012. The trial court has entered findings on these habeas applications and recommends that habeas relief be denied. The findings and recommendation are supported by the habeas record. Applicant filed another *pro se* habeas application in the trial court on April 3, 2019. There are no findings or recommendation as

to its claims, but this Court's review of the habeas record shows that the claims lack merit. Based on the trial court's findings of fact and conclusions of law as well as this Court's independent review of the habeas records, habeas relief is denied.

Filed:  June 5, 2019

Do not publish